District of Arkansas.. January 7, 1919. Dismissed, on motion of *The Solicitor General* for the United States. *Mr. E. L. Westbrooke* for defendant in error.

---

No. 122. BLUFORD WILSON ET AL., RECEIVERS, ETC., *v.* NEAL GODBY. Error to the Appellate Court for the Second District of the State of Illinois. January 7, 1919. Dismissed per stipulation. *Mr. Henry Lyman Child, Mr. Philip Barton Warren* and *Mr. John M. Elliott* for plaintiffs in error. *Mr. Walter A. Johnston* for defendant in error.

---

No. 292. BLUEFIELDS STEAMSHIP COMPANY, LIMITED, TO THE USE OF ELMER E. WOOD, ANCILLARY RECEIVER, *v.* UNITED FRUIT COMPANY. Error to the Circuit Court of Appeals for the Third Circuit. January 9, 1919. Dismissed per stipulation. *Mr. William L. Hughes* for plaintiff in error. *Mr. Moorfield Storey* and *Mr. Robert G. Dodge* for defendant in error.

---

No. 150. SOUTHERN PACIFIC COMPANY *v.* CALIFORNIA ADJUSTMENT COMPANY. Certiorari to the Circuit Court of Appeals for the Ninth Circuit. January 13, 1919. Dismissed with costs, on motion of counsel for petitioner. *Mr. C. W. Durbrow* and *Mr. W. F. Herrin* for petitioner. *Mr. Leon E. Morris* for respondent.

---

. No. 790. KANSAS CITY RAILWAYS COMPANY *v.* FRANK W. McALLISTER, ATTORNEY GENERAL OF MISSOURI, ET

AL. Appeal from the District Court of the United States for the Western District of Missouri. January 13, 1919. Dismissed with costs, on motion of counsel for appellant. *Mr. Frank Hagerman, Mr. Richard J. Higgins* and *Mr. Clyde Taylor* for appellant. No appearance for appellees.

No. 791. KANSAS CITY RAILWAYS COMPANY *v.* FRANK W. MCALLISTER, ATTORNEY GENERAL OF MISSOURI, ET AL. Appeal from the District Court of the United States for the District of Kansas. January 13, 1919. Dismissed with costs, on motion of counsel for appellant. *Mr. Frank Hagerman, Mr. Richard J. Higgins* and *Mr. Clyde Taylor* for appellant. No appearance for appellees.

No. 157. MAGGIE L. LUKENS *v.* INTERNATIONAL LIFE INSURANCE COMPANY. Error to the Supreme Court of the State of Missouri. January 16, 1919. Dismissed per stipulation. *Mr. William C. Scarritt* for plaintiff in error. *Mr. Joseph F. Brooks* and *Mr. Fred A. Boxley* for defendant in error.

No. 190. NORFOLK SOUTHERN RAILROAD COMPANY *v.* W. H. GALLUP ET AL., ETC. Error to the Supreme Court of the State of North Carolina. January 30, 1919. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. W. B. Rodman* for plaintiff in error. No appearance for defendants in error.

No. 193. SAVANNAH AND NORTHWESTERN RAILWAY ET AL. *v.* MAGGIE ROACH, ADMINISTRATRIX, ETC. Error